

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**MEMO ENDORSED**

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE G. LEACH
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

May 8, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**VIA HAND DELIVERY**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St., Room 533
White Plains, NY 10601-4150

Re:  Ferraro v. NY State Trooper Juan F. Thomas, et al.
     08-CV-2530 (KMK)

Your Honor:

I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York, counsel for defendants Sgt. Joseph J. Crispino II and Trooper Juan F. Thomas, who have both been served, and their time to respond to the complaint is May 13, 2008. We respectfully request a thirty-day extension to respond to the complaint on behalf of defendants Crispino and Thomas until June 12, 2008. This is our first request for an extension, and counsel for the plaintiff has consented to this extension for defendants Crispino and Thomas.

Also, I write to advise the Court that, although the summons for Trooper Rodney M. Nunez, a reservist in the United States Army, was issued on March 13, 2008, he has not been served, and was called to active duty effective March 11, 2008, for Operation Iraqi Freedom.[1] I am enclosing his mobilization order indicating that Trooper Nunez was ordered to report to Fort Dix on March 14, 2008, and that the period of his active duty is 400 days. We have no authority to accept service on Trooper Nunez's behalf, and upon information and belief, believe that Trooper Nunez's regiment has been or is about to be deployed to Iraq.

Accordingly, in order to allow for discussions with my clients, defendants Crispino and Thomas respectfully request a thirty-day extension to respond to the complaint until June 12, 2008.

---

[1] See 50 U.S.C. Appx. § 522(a)(2).

120 BROADWAY, NEW YORK N.Y. • PHONE (212) 416-6536 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US

2

>Respectfully submitted,
>
>*Frederick Wen*
>
>Frederick H. Wen
>Assistant Attorney General
>120 Broadway
>New York, NY 10271
>(212) 416-6536
>(212) 416-6075/6076/6009 (fax)

cc:  Michael R. Scolnick, Esq. (via fax to (845) 365-1506)

Granted.

SO ORDERED

KENNETH H. KARAS U.S.D.J.
5/9/08

DEPARTMENT OF THE ARMY
77TH U.S. ARMY REGIONAL READINESS COMMAND
ERNIE PYLE USAR CENTER
FORT TOTTEN, NEW YORK 11359-1016

ORDERS 07-346-00112                                         12 December 2007

NUNEZ RODNEY MICHAEL                         SGT
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    0812 MP CO    (CBT SUPT) (WTE2AA)
                           ORANGEBURG, NY  10962-2209

You are ordered to Active Duty as a member of your Reserve Component unit for the
period indicated unless sooner released or unless extended. Proceed from your
current location in sufficient time to report by the date specified. You enter
active duty upon reporting to unit home station.

Report to: 0812 MP CO    (CBT SUPT) (WTE2AA), 123 ROUTE 303, ORANGEBURG, NY
           10962-2209  Report On: 11 March 2008
Report to: Mobilized Unit In-Processing Center (MUIC), Bldg 5644, Doughboy Loop,
           Fort Dix, NJ 08640-5001 Report On: 14 March 2008
Period of active duty: 400 Days
Purpose: Mobilization for IRAQI FREEDOM (IRAQ) (2003 - TBD)
Mobilization category code: "V"
Additional instructions: (01, 02, 03, 04, 05, 06, 07, 08, 09, 10, 11, 12, 13, 14,
                          15, 16, 17, 20) See page 2

FOR ARMY USE
AUTHORITY: PERMANENT ORDER:1A-07-335-043, HQ 1ST U.S.ARMY, dtd 01 Dec 2007
Accounting classification:
    2182010.0000 01-1100 P1X1A00 11**/12** VIRQ F9203 5570 S12120
    2182010.0000 01-1100 P2X2A00 11**/12** VIRQ F9203 5570 S12120
    2182020.0000 01-1100 P135198 21**/22**/25** VIRQ F9203 5570 S12120(OIF
Sex: M
MDC: PME8
PMOS/AOC/ASI/LIC: 31B2
HOR: NEW ROCHELLE, NY
PEBD: 26 January 2002
DOR: 16 November 2006
Security clearance: SECRET
Comp: USAR
Format: 165

                              ****************************
                              *                          *
                              *         OFFICIAL         *
                              *         77th RRC         *
                              ****************************
                              PAUL M. SILVERMAN
                              GS13
                              HUMAN RESOURCES OFFICER

DISTRIBUTION: M1 PLUS
INDIVIDUAL CONCERNED (4)
FAMILY ASSISTANCE OFFICER (1)
MPRJ
FILE (ORIGINAL + 1)