UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                 :

KAREL S. FERRARO,                     :

                                                 :    **NOTICE OF APPEARANCE**

              Plaintiff,          :

                                                 :    08-CV-02530 (KMK)

     - against -                 :

                                               :

NY STATE TROOPER JUAN F. THOMAS, et al., :

                                               :

             Defendants.        :
---------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned appears in this action as attorney of record on behalf of defendants Sgt. Joseph J. Crispino II and NY State Trooper Juan F. Thomas. All papers are to be served upon counsel at the address indicated below.

Dated:  New York, New York
         May 14, 2008

                                          ANDREW M. CUOMO
                                          Attorney General of the
                                            State of New York
                                          Attorney for Respondent
                                          120 Broadway
                                          New York, New York 10271

                    By:    /s/ Frederick Wen
                           FREDERICK H. WEN (FW 7588)
                           Assistant Attorney General
                           120 Broadway
                           New York, New York 10271
                           (212) 416-6536
                           Fred.Wen@oag.state.ny.us

**DECLARATION OF SERVICE**

FREDERICK H. WEN, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows: that on May 14, 2008, he served the annexed Notice of Appearance by having it mailed to counsel for the plaintiff via the United States Postal Service to the following address:

>Michael R. Scolnick, Esq.
>Michael R. Scolnick, P.C.
>175 Burrows Lane
>Blauvelt, NY 10913

>/s/ Frederick Wen
>FREDERICK H. WEN (FW 7588)
>Assistant Attorney General
>120 Broadway
>New York, New York 10271
>(212) 416-6536
>Fred.Wen@oag.state.ny.us

Executed on May 14, 2008