UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Karel S. Ferraro,

                    Plaintiff(s),              08 Civ. 2530 (KMK) (GAY)

-against-                                        ORDER OF REFERENCE
                                                      TO A MAGISTRATE JUDGE

NYS Trooper Juan F. Thomas, et al.,

                    Defendant(s).

_____X

The above entitled action is referred to the Honorable George A. Yanthis, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| **√** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | \_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| \_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:* _____ _____ | \_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | \_\_\_\_\_ Habeas Corpus |
| | \_\_\_\_\_ Social Security |
| \_\_\_\_\_ Settlement* | \_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| \_\_\_\_\_ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: July 31, 2008

SO ORDERED

_____
Hon. Kenneth M. Karas
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____